IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CASHMAN<br>917 Maple Street, Royersford, PA 19468<br>       Plaintiff, | )<br>)<br>)<br>) | Civil Action No. 8-5102 |
| v. | )<br>)<br>) | Honorable Judge Thomas Golden |
| CNA FINANCIAL CORP.,<br>333 S. Wabash Avenue,<br>Chicago, Illinois 60685 and | )<br>)<br>)<br>) | |
| CONTINENTAL CASUALTY COMPANY<br>402 Penn Street, Reading, PA 19612 | )<br>)<br>) | |
| Defendants. | | |

**DEFENDANTS' MOTION FOR PERMISSION TO REVIEW THE
DEPOSITION TRANSCRIPT OF TIMOTHY WOLFE
AND TO FILE AN ERRATA SHEET PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 30(E)**

Defendants CNA Financial Corporation,[1] and Continental Casualty Company, for the reasons set forth in their Brief in Support of Their Motion for Permission to Review the Deposition Transcript of Timothy Wolfe and to File an Errata Sheet Pursuant to Federal Rule of Civil Procedure 30(e), move this Honorable Court to grant their Motion and allow

---

[1] CNAF is a holding company, does not have employees and is not a proper defendant in this matter.

1

them to review the deposition transcript of Timothy Wolfe and to file an Errata Sheet pursuant to Federal Rule of Civil Procedure 30(e).

Dated: July 2, 2009

Respectfully submitted,
BABST, CALLAND, CLEMENTS
& ZOMNIR, P.C.

/s/ Rebecca J. Dick-Hurwitz

Richard J. Antonelli
PA ID No. 22121
rantonelli@bccz.com
Rebecca J. Dick-Hurwitz
PA ID No. 62943
rdick-hurwitz@bccz.com
Two Gateway Center, 7th Floor
Pittsburgh, PA  15222
412-394-5400
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2009, I electronically filed the foregoing Defendants' Motion for Permission to Review the Deposition Transcript of Timothy Wolfe and to File an Errata Sheet Pursuant to Federal Rule of Civil Procedure 30(e), with the Clerk of Court using the CM/ECF system which will send notification to the following

>Carmen L. Rivera Matos
>CRM617@aol.com
>Anita Alberts
>afalawyer@comcast.net
>40 East Court Street, 3d Floor
>Doylestown, PA 18901

>>*s/ Rebecca J. Dick-Hurwitz*
>>Counsel for Defendants