**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN CASHMAN** | : | |
|     Plaintiff | : | |
|     v. | : | **Civil Action No. 08-5102** |
| | : | |
| **CNA FINANCIAL CORP,** | : | |
|     and | : | |
| **CONTINENTAL CASUALTY COMPANY,** | : | |
|     Defendants | : | **JURY TRIAL DEMAND** |

**ORDER**

And Now upon consideration of Defendants' Motion for Permission to Review Deposition Transcript and File Errata Sheet, Plaintiff's Brief in Opposition to Defendants' Motion to Change Deposition Testimony of Timothy Wolfe and Plaintiff's Motion to Strike Defendants' Proposed Wolfe Errata, it is hereby ordered that Defendants' Motion is DENIED and Plaintiff's Motion is GRANTED.

It is further ORDERED that the proposed Wolfe Errata is stricken from this record.

Date:                                          _____
                                                                    U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN CASHMAN** | : | |
| Plaintiff | : | |
| v. | : | **Civil Action No. 08-5102** |
| | : | |
| **CNA FINANCIAL CORP,** | : | |
| and | : | |
| **CONTINENTAL CASUALTY COMPANY,** | : | |
| Defendants | : | **JURY TRIAL DEMAND** |

**PLAINTIFF'S MOTION TO STRIKE WOLFE ERRATA**

Plaintiff John Cashman ("Mr. Cashman"), by and through his counsel, hereby moves this Court for an Order to strike from the record the Wolfe errata sheet attached to Defendants' Motion for Permission to Review Deposition Transcript and File Errata Sheet for the reasons contained in Plaintiff's Brief in Opposition to Defendants' Motion for Permission to Review Deposition Transcript and File Errata Sheet Memorandum of Law and In Support of Plaintiff's Motion to Strike Defendants' Proposed Wolfe Errata, which Brief is incorporated herein by reference.

Respectfully submitted,

/s/

Date: 7/9/09   _____ _____

Carmen L. Rivera Matos, Esquire,
PA I.D. No. 32795
Anita Alberts, Esq. PA ID 28086
40 East Court Street, 3d Floor
Doylestown, PA 18901
215-345-8550
215-345-8551 fax
www.carmenmatoslaw.com
crm617@aol.com
afalawyer@comcast.net
Attorneys for Plaintiff, Mr. John Cashman

**CERTIFICATE OF SERVICE**

     The undersigned certifies that a true and correct copy of the following legal papers were served upon:

Richard J. Antonelli Esq.
Babst, Calland, Clements & Zomnir PC
Two Gateway Center, Eighth Floor
Pittsburgh PA 15222

in the following manner:

| | |
|---|---|
| Legal Papers: | Plaintiffs' Motion to Strike Wolfe Errata, Proposed Order, Certificate of Service |
| Manner: | ECF |

/s/
Date: 7/9/09        By:_____
      Carmen R. Matos, Esquire
      Attorney for Plaintiff
     Mr. John Cashman