IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CASHMAN | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 08-CV-05102 |
| CNA FINANCIAL CORP. AND CONTINENTAL CASUALTY COMPANY | : : : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 17th day of July, 2009, upon consideration of the Defendants' Motion for Permission to Review the Deposition Transcript of Timothy Wolfe and to File an Errata Sheet pursuant to Fed. R. Civ. Pro. 30(e) and the briefs submitted by the parties, as well as the July 16, 2009 telephone conference, it is HEREBY ORDERED that the Motion (Doc. No. 18) is GRANTED.

It is further ORDERED that fact discovery in this Civil Action is extended by an additional 15 days, i.e, to August 15, 2009.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.