**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN CASHMAN** | : | |
| Plaintiff | : | |
| v. | : | **Civil Action No. 08-5102** |
| | : | |
| **CNA FINANCIAL CORP,** | : | |
| and | : | |
| **CONTINENTAL CASUALTY COMPANY,** | : | |
| Defendants | : | **JURY TRIAL DEMAND** |

**ORDER**

And Now, upon consideration of the Plaintiff's Motion to Compel, it is hereby ordered that Plaintiff's motion is GRANTED. Within ten (10) days, defendants will produce to Plaintiff the outstanding discovery.

Date: _____
U.S.D.J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CASHMAN | : | |
|     Plaintiff | : | |
| v. | : | **Civil Action No. 08-5102** |
| | : | |
| CNA FINANCIAL CORP, | : | |
|     and | : | |
| CONTINENTAL CASUALTY COMPANY, | : | |
|     Defendants | : | **JURY TRIAL DEMAND** |

## PLAINTIFF'S AMENDED FIRST MOTION TO COMPEL

Plaintiff, John Cashman, hereby moves this Honorable Court to amend his First Motion to Compel based on the reasons asserted in Plaintiff's Brief in Support of Motion to Compel and exhibits attached thereto.

Respectfully submitted,

Date: August 26, 2009

_____
Carmen R. Matos, Esquire
Anita F. Alberts, Esquire
Attorneys for Plaintiff,
John Cashman

Law Offices of Carmen R. Matos
40 East Court Street, 3d Floor
Doylestown, PA  18901
(215) 345-8550
(215) 345-8551 facsimile
crmatoslaw@aol.com
afalawyer@comcast.net

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN CASHMAN** | : | |
| Plaintiff | : | |
| v. | : | **Civil Action No. 08-5102** |
| | : | |
| **CNA FINANCIAL CORP,** | : | |
| and | : | |
| **CONTINENTAL CASUALTY COMPANY,** | : | |
| Defendants | : | **JURY TRIAL DEMAND** |

## PLAINTIFF'S BRIEF IN SUPPORT OF AMENDED FIRST MOTION TO COMPEL

On August 24, 2009, plaintiff filed his First Motion to Compel. Plaintiff's counsel noticed some errors in his exhibits upon reading the filed documents. The errors are due to technical difficulties and plaintiff apologizes to the court and counsel. Plaintiff has no objection to an additional two days for defendants' response to be filed. Plaintiff hereby moves this court to file exhibits **2, 4, 5, 6, 7, 8**, and **9** to his First Motion to Compel, which were inadvertently not included in his filing. These exhibits should replace the numbered exhibits filed on August 24 with the same number. The court was provided with two courtesy copies and the court's copies are correct. Plaintiff relies on his brief in support of motion filed August 24, which includes the correct exhibits numbered in the body of his brief.

8/26/09                                             Respectfully submitted,

/s/ Carmen R. Matos, Esquire
Anita Alberts, Esquire
Law Offices of Carmen R. Matos
40 East Court Street, 3d Floor
Doylestown, PA  18901
(215) 345-8550
(215) 345-8551 fax
Attorneys for Plaintiff, Mr. John Cashman

2

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the following legal papers were served upon:

Richard Antonelli, Esquire
Rebecca Dick-Hurwitz, Esquire
Babst, Calland, Clements, Zomner
Two Gateway Center
Pittsburgh, PA  15222
rantonelli@bccz.com
rdick-hurwitz@bccz.com

in the following manner:

| | |
|---|---|
| <u>Legal Papers</u>: | Amended Motion, Brief, to file supplemental exhibits in Support of First Motion to Compel, Exhibits 2, 4, 5, 6, 7, 8, 9 and Certificate of Service |
| <u>Manner</u>: | ECF |

Date: August 26, 2009            By/s/_____
                                   Carmen R. Matos, Esquire
                                   Attorney for  Plaintiff
                                   Mr.  John Cashman

3