IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CASHMAN, : | |
|     Plaintiff : | |
| : | |
| v. : | Civil Action No. 08-5102 |
| : | |
| CNA FINANCIAL CORP. : | |
|   and : | |
| CONTINENTAL CASUALTY CO., : | JURY TRIAL DEMAND |
|     Defendants : | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT III: RETALIATION UNDER FAMILY AND MEDICAL LEAVE ACT CLAIM

And now comes plaintiff, Mr. John Cashman and moves this Court for summary judgment on Count III of his Complaint: Family Medical Leave Act Claim, based on the undisputed facts and the law contained in the attached Memorandum of Law in Support of his Motion.

Respectfully submitted,

Date: 10/22/09

Anita F. Alberts, Esquire
Carmen R. Matos, Esquire
Attorneys for Plaintiff, John Cashman
Law Offices of Carmen R. Matos
40 East Court Street, 3d Floor
Doylestown, PA 18901
215-345-8550
215-345-8551

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CASHMAN,<br>　　　　Plaintiff | :<br>:<br>: |
| v. | : Civil Action No. 08-5102 |
| CNA FINANCIAL CORP.<br>　　and<br>CONTINENTAL CASUALTY CO.,<br>　　　　Defendants | :<br>:<br>: JURY TRIAL DEMAND<br>: |

## ORDER

And now this ____ day of _____ 2009, it is hereby ordered that Plaintiff's Motion for Summary Judgment on Count III of his Complaint: Family Medical Leave Act Claim is hereby GRANTED.

Date:　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Thomas J. Golden, United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the following legal papers were served upon:

Richard Antonelli, Esquire
Rebecca Dick-Hurwitz, Esquire
Babst, Calland, Clements, Zomner
Two Gateway Center
Pittsburgh, PA 15222
rantonelli@bccz.com
rdick-hurwitz@bccz.com

Anita F. Alberts, Esquire
40 East Court Street, 3d Floor
Doylestown, PA 18901
afalawyer@comcast.net

in the following manner:

<u>Legal Papers</u>: Plaintiff, John Cashman's Motion For Summary Judgment on Count III FMLA Claim, Proposed Order, Certificate of Service

<u>Manner</u>:       First Class Mail

Date: 10/22/09    By: _____
                  Carmen R. Matos, Esquire
                  Attorney for Plaintiff
                  Mr. John Cashman