IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CASHMAN, Plaintiff | : : : | CIVIL ACTION |
| v. | : : | |
| CNA FINANCIAL CORP., CONTINENTAL CASUALTY CO., Defendants. | : : : | NO. 08-5102 |

## ORDER OF JUDGMENT

AND NOW, this 13th day of January, 2012, in accordance with my Order granting the Defendant's motion for summary judgment, and in accordance with Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of the Defendant, and against the Plaintiff.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.