IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CASHMAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CNA FINANCIAL CORP., | : | NO. 08-5102 |
| CONTINENTAL CASUALTY CO., | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 13th day of January, 2012, upon consideration of defendants' motion for summary judgement (Doc. # 42), and all responses and replies thereto, it is hereby ORDERED that defendants' motion is GRANTED.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.